# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

JUN 23 2010

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| MOSES M. HINKLE, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:09CV00063 |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| COMMISSIONER OF ) | By: James P. Jones |
| SOCIAL SECURITY, ) | Chief United States District Judge |
| ) | |
| Defendant. ) | |

It appearing that no objections have been timely filed to the Report filed June 3, 2010, setting forth the findings and recommendations of the magistrate judge, it is

**ADJUDGED AND ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2. The motions for summary judgment by the parties are DENIED;

3. The final decision of the Commissioner of Social Security is VACATED and this action is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further consideration in accord with the Report; and

4. The clerk will close this case.

ENTER: June 23, 2010

/s/ James P. Jones
Chief United States District Judge