# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

| | | |
|---|---|---|
| **MOSES M. HINKLE**, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:09CV00063 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **COMMISSIONER OF SOCIAL SECURITY**, | ) | By: James P. Jones |
| | ) | United States District Judge |
| | ) | |
| Defendant. | ) | |

It appearing that no objections have been timely filed to the Report filed September 30, 2010 (ECF No. 27), setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2. The Application for Award of Attorney's Fees (ECF No. 22) is GRANTED IN PART; and

3. The plaintiff is awarded attorney's fees in the amount of $1,093.75 and costs in the amount of $350.00 under the Equal Access to Justice Act, to be paid in the manner set forth in the Stipulation by the parties filed September 29, 2010 (ECF No. 26).

ENTER: October 25, 2010

/s/ JAMES P. JONES
United States District Judge