CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

MAR 19 2012

JULIA C. DUDLEY, CLERK
BY: /s/ J. Clark
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| **MOSES M. HINKLE** <br> Plaintiff, | ) <br> ) <br> ) <br> ) | Civil Action No. 1:09cv00063 |
| v. | ) <br> ) <br> ) <br> ) <br> ) | **ORDER** |
| **MICHAEL J. ASTRUE,** <br> **Commissioner of Social Security,** <br> Defendant. | ) <br> ) <br> ) | By: JAMES P. JONES <br> UNITED STATES MAGISTRATE JUDGE |

It appearing that no objections have been timely filed to the Report filed March 1, 2012, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1. The Report and its findings and recommendations are wholly **ACCEPTED** and **APPROVED**;
2. Attorneys' fees are awarded to the plaintiff under the provisions of 42 U.S.C.A. § 406(b) in the amount of $5,000.00; and
3. Plaintiff's counsel shall refund to Hinkle the $1,093.75 previously awarded pursuant to the Equal Access to Justice Act, ("EAJA"), 28 U.S.C.A. § 2412(d).

ENTER: March 19, 2012.

/s/ James P. Jones
United States District Judge